Heinz Binder, Esq. (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy Watrous Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com

Stephen A. Scott (SBN 67467)
Jessica E. Scott (SBN 304571)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP
999 Skyway Road, Suite 310
San Carlos, CA 94070
T: (650) 637-9100
F: (650) 637-8071
Email: sscott@hayesscott.com
Email: jscott@hayesscott.com

Attorneys for Debtor-in-Possession and Plaintiff
Blade Global Corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re: | Case No. 21-50275 MEH |
| BLADE GLOBAL CORPORATION, | Chapter 11 |
| Debtor. | Ad. Pro. No. 21-05058 |
| BLADE GLOBAL CORPORATION, | |
| Plaintiff, | |
| v. | |
| EQUINIX, INC. and EQUINIX, LLC, | |
| Defendants. | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

On July 22, 2022, this Court entered the "Order Approving Compromise of Controversy with Equinix" in the underlying bankruptcy case, Case No. 21-50275MEH, Doc# 388. A copy of that order is attached as Exhibit "A". Pursuant to that order, the Court dismissed this adversary proceeding with prejudice, with each side to bear its own costs.

Respectfully Submitted,

Dated: June 25, 2022  BINDER & MALTER LLP

By  /s/ *Wendy Watrous Smith*
Wendy Watrous Smith
Attorneys Blade Global Corporation

# EXHIBIT A

```
Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy Watrous Smith (SBN 133887)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T : (408) 295-1700
F : (408) 295-1531
Email : Heinz@bindermalter.com
Email : Rob@bindermalter.com
Email: Wendy@bindermalter.com

Attorneys for Reorganized Debtor
Blade Global Corporation
```

**Entered on Docket**
**July 22, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: July 22, 2022

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BLADE GLOBAL CORPORATION,<br><br>Debtor. | Case No. 21-50275 MEH<br><br>Chapter 11<br><br>Date:   July 21, 2022<br>Time:  10:00 a.m.<br>Place: Courtroom 11<br>        280 South First Street<br>        San Jose, California<br>        or Via Video Conference<br>Judge:  Honorable M. Elaine Hammond |

<u>ORDER APPROVING COMPROMISE OF CONTROVERSY WITH EQUINIX</u>

The Motion to Approve Compromise of Controversy with Equinix (FRBP 9019; 11 U.S.C. §§105(a) and 363(b))(the "Motion") came on for hearing at the date, time and place set forth above. Robert G. Harris, Esq. of Binder & Malter, LLP appeared for Reorganized Debtor Blade Global Corporation (the "Debtor"). Other appearances were noted on the record. There having been no objections, and good cause appearing therefor, the Motion be and hereby is GRANTED.

ORDER APPROVING COMPROMISE OF CONTROVERSY WITH EQUINIX   1

Case: 21-50275   Doc# 383   Filed: 07/22/22   Entered: 07/22/22 09:45:29   Page 1 of 2
Case: 21-50275   Doc# 388   Filed: 07/26/22   Entered: 07/26/22 16:45:39   Page 4 of 5

IT IS THEREFORE ORDERED that

1. The settlement between the Debtor and Equinix set forth in the Motion be and hereby is approved as fair and equitable.

2. Approval of this settlement fulfills the condition to the Effective Date of Blade Global Corporation's Fourth Amended Plan Of Reorganization, Dated March 16, 2022 [Dkt. #306] in the compromise.

3. Pursuant to the settlement, *Blade Global Corporation v. Equinix, Inc. and Equinix, LLC*, A.P. No. 21-5058 is dismissed with prejudice. Each side shall bear its own costs.

<u>APPROVED AS TO FORM</u>:

Dated: July 21, 2021                   SAUL EWING ARNSTEIN & LEHR LLP

By: /s/ Melissa A. Martinez
Melissa A. Martinez
Attorneys for Equinix, Inc.

***** END OF ORDER *****